IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID GOODEN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**W. BAPTISTA, et al.,**<br><br>　　　　　　　　　　Defendants. | C 13-0352 LHK (PR)<br><br>**[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE** |

Defendants moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including September 13, 2013.  After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition by October 14, 2013.  If Defendants wish to file a reply, they shall do so by November 4.  Absent further order, the motion will be submitted on November 4, 2013 without a hearing.

IT IS SO ORDERED.

Dated:  7/13/13

*Lucy H. Koh*
The Honorable Lucy H. Koh
U.S. District Court Judge

SF2013205881
20704572.doc