1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION
11
12
13  **DAVID GOODEN,**                        C 13-0352 LHK (PR)
14                            Plaintiff,     **[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE**
15        v.
16  **W. BAPTISTA, et al.,**
17                            Defendants.
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Extending Dispositive Mot. Deadline (C 13-0352 LHK (PR))

1   Defendants moved this Court for an extension of time to file a summary-judgment or other
2   dispositive motion, up to and including September 13, 2013.  After full consideration, and good
3   cause appearing, Defendants' motion for extension of time is GRANTED.
4   Plaintiff shall file his opposition by October 14, 2013.  If Defendants wish to file a reply,
5   they shall do so by November 4.  Absent further order, the motion will be submitted on
6   November 4, 2013 without a hearing.
7   IT IS SO ORDERED.

Dated:  7/13/13

*Lucy H. Koh*
The Honorable Lucy H. Koh
U.S. District Court Judge

SF2013205881
20704572.doc

---

1

[Proposed] Order Extending Dispositive Mot. Deadline (C 13-0352 LHK (PR))