IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GOODEN, | ) | No. C 13-0352 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART |
| | ) | MOTION TO CHANGE TIME |
| vs. | ) | TO FILE OPPOSITION |
| | ) | |
| CORRECTIONAL OFFICER W. BAPTISTA, et al., | ) ) ) | |
| Defendants. | ) | |
| | ) | (Docket No. 27) |

Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 19.) On October 15, 2013, defendants filed a motion for summary judgment. (Docket No. 25.) Plaintiff has filed a motion requesting an extension of time up to and including January 3, 2014, to file an opposition. (Docket No. 27.)

Plaintiff's motion is **GRANTED** in part. Plaintiff shall file an opposition **no later than December 10, 2013**, an extension of twenty-eight days beyond his original due date. If plaintiff is unable to meet the due date set, he shall file a motion requesting additional time.

This order terminates docket number 27.

IT IS SO ORDERED.

DATED:  11/26/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting In Part Motion to Change Time to File Opposition
G:\PRO-SE\LHK\CR.13\Gooden352eot-opp.wpd