IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOODEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONAL OFFICER W. BAPTISTA, et al.,<br><br>　　　　Defendants. | No. C 13-0352 LHK (PR)<br><br>ORDER GRANTING IN PART MOTION TO CHANGE TIME TO FILE OPPOSITION<br><br>(Docket No. 27) |

　　　Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  (Docket No. 19.)  On October 15, 2013, defendants filed a motion for summary judgment.  (Docket No. 25.)  Plaintiff has filed a motion requesting an extension of time up to and including January 3, 2014, to file an opposition.  (Docket No. 27.)

　　　Plaintiff's motion is **GRANTED** in part.  Plaintiff shall file an opposition **no later than December 10, 2013**, an extension of twenty-eight days beyond his original due date.  If plaintiff is unable to meet the due date set, he shall file a motion requesting additional time.

　　　This order terminates docket number 27.

　　　IT IS SO ORDERED.

DATED:　　11/26/13

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting In Part Motion to Change Time to File Opposition
G:\PRO-SE\LHK\CR.13\Gooden352eot-opp.wpd