1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

DAVID GOODEN,                    )      No. C 13-0352 LHK (PR)

11                               )
               Plaintiff,        )      ORDER GRANTING MOTION
12                               )      FOR EXTENSION OF TIME TO
   vs.                           )      FILE REPLY
13                               )
                                 )
14 CORRECTIONAL OFFICER W.        )
   BAPTISTA, et al.,             )
15                               )
               Defendants.       )
16 _____ )      (Docket No. 35)

17       Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42

18 U.S.C. § 1983.  On October 15, 2013, defendants filed a motion for summary judgment.  (Docket

19 No. 25.)  On January 6, 2014, plaintiff filed an opposition.  (Docket No. 31.)  Defendants have

20 filed a motion requesting an extension of time to file a reply.  (Docket No. 35.)

21       Defendants' motion is **GRANTED**.  Defendants' reply filed February 7, 2014, is deemed

22 timely.

23       This order terminates docket number 35.

24       IT IS SO ORDERED.

25 DATED:  2/14/14                    _Lucy H. Koh_____
                                    LUCY H. KOH
26                                  United States District Judge

27

28

Order Granting Motion for Ext. of Time to File Reply
G:\PRO-SE\LHK\CR.13\Gooden352eot-reply.wpd