UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID GOODEN, | No. 5:13-CV-0352 LHK (NJV) |
|       Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
|    v. | |
| W. BAPTISTA, et al., | |
|       Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DAVID GOODEN, inmate no. P48801, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 30, 2014

                                              NANDOR J. VADAS
                                              United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DAVID GOODEN, inmate no. P48801, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, 11:00 a.m. on November 5, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Gooden v. Baptista, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further  to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  September 30, 2014

                                  RICHARD WIEKING
                                  CLERK, UNITED STATES DISTRICT COURT

                                  By: Linn Van Meter
                                       Administrative Law Clerk

Dated:  September 30, 2014                        _____
                                                      NANDOR J. VADAS
                                                      United States Magistrate



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID GOODEN, | No. 5:13-CV-00352 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| W. BAPTISTA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 30, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Gooden
P-48801, A4-114
California State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

Litigation Coordinator
California State Prison, Sacramento
P.O. Box 290027
Represa, CA  95671-0027

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3