UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GOODEN,

            Plaintiff,

    v.

W. BAPTISTA, et al.,

            Defendants.

Case No.  13-cv-00352-LHK   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 5, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff , Pro Se

(  )  Warden or warden's representative

( X )  Office of the California Attorney General, Mike Quinn

(  )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

(  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

(  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

United States District Court
Northern District of California

1        ( X )  The parties are unable to reach an agreement at this time.

2        **IT IS SO ORDERED.**

3    Dated: 12/2/14

4                                                      _____

5                                                      NANDOR J. VADAS
                                                       United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7
DAVID GOODEN,

Case No.  13-cv-00352-LHK   (NJV)

Plaintiff,

8

9
v.

**CERTIFICATE OF SERVICE**

10
W. BAPTISTA, et al.,

Defendants.

11

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

13

14
    That on 12/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

15
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

16

17
David  Gooden ID: P-48801
California State Prison, Sacramento

18
P.O. Box 290066
Represa, CA 95671

19

20

21
Dated: 12/2/2014

22

23
Richard W. Wieking
Clerk, United States District Court

24

25

26
B

Gloria Knudson, Deputy Clerk to the

27
Honorable NANDOR J. VADAS

28

3