**FILED**

MAR 17 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOODEN, | No. C 13-0352 LHK (PR) |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| W. BAPTISTA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that defendants violated his Eighth Amendment rights. On August 12, 2014, the court denied defendants' motion for summary judgment and referred the matter to Magistrate Judge Vadas for settlement proceedings. On December 2, 2014, Magistrate Judge Vadas informed the court that the parties were unable to reach a settlement. After settlement proceedings proved unsuccessful, the court granted plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

The VLSP has informed the court that Jeffrey M. Davidson of Covington & Burling LLP, located at One Front Street, San Francisco, CA 94111, has agreed to serve as appointed pro bono counsel for plaintiff. Thus, Jeffrey M. Davidson is hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The

Order Appointing Counsel
P:\PRO-SE\LHK\CR.13\Gooden352appt-counsel.wpd

1 | scope of this referral shall be for all purposes for the duration of the case.

2 |     The Clerk shall set this matter for a case management conference within 90 days of the
3 | filing date of this order. At that time, the administrative stay of this case shall be lifted.

4 |     IT IS SO ORDERED.

5 | DATED: 3/16/2015

          /s/ Lucy H. Koh
          LUCY H. KOH
          United States District Judge