UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOODEN,<br><br>            Plaintiff,<br><br>  v.<br><br>W. BAPTISTA, et al.,<br><br>            Defendants. | Case No.: 13-CV-00352-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Philip Scarborough, Aseem Padukone
Defendants' Attorney: Michael Quinn

     An initial case management conference was held on May 27, 2015.  A further case management conference is set for September 9, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by September 2, 2015.

     The stay previously entered by the Court is lifted, and the Clerk shall reopen the case file.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: August 14, 2015

FACT DISCOVERY CUTOFF: December 4, 2015

EXPERT DISCOVERY:
    Opening Reports: January 15, 2016
    Rebuttal Reports: February 5, 2016

1

Case No.: 13-CV-00352-LHK
CASE MANAGEMENT ORDER

Close of Expert Discovery: February 19, 2016

DISPOSITIVE MOTIONS shall be filed by March 18, 2016, and set for hearing no later than April 28, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 16, 2016, at 1:30 p.m.

JURY/COURT TRIAL: July 8, 2016, at 9:00 a.m.  Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-00352-LHK
CASE MANAGEMENT ORDER