UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOODEN,<br><br>            Plaintiff,<br><br>      v.<br><br>W. BAPTISTA, et al.,<br><br>            Defendants. | Case No. 13-CV-00352-LHK<br><br>**ORDER TO FILE JOINT STATEMENT REGARDING SETTLEMENT CONFERENCE** |

The Court orders the parties to file by September 8, 2015 at noon a joint statement as to whether they would be willing to participate in a settlement conference with Magistrate Judge Nathanael Cousins with a deadline of December 4, 2015.

**IT IS SO ORDERED.**

Dated: September 3, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 13-CV-00352-LHK
ORDER TO FILE JOINT STATEMENT REGARDING SETTLEMENT CONFERENCE