UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOODEN,<br><br>   Plaintiff,<br><br>v.<br><br>W. BAPTISTA, et al.,<br><br>   Defendants. | Case No. 13-CV-00352-LHK<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 61 |

Pursuant to a joint statement filed by the parties agreeing to participate in a settlement conference, ECF No. 61, the parties are hereby referred to a settlement conference with Magistrate Judge Nathanael Cousins, to be held by December 4, 2015.  The case management conference, currently scheduled for September 9, 2015, at 2:00 p.m., is hereby CONTINUED to December 16, 2015, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by December 9, 2015.

**IT IS SO ORDERED.**

Dated: September 8, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 13-CV-00352-LHK
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE AND
CONTINUING CASE MANAGEMENT CONFERENCE