UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOODEN, | Case No. 13-cv-00352 LHK (NC) |
| Plaintiff, | AMENDED ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| W. BAPTISTA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The settlement conference is scheduled for December 18, 2015 at **2:00 p.m.** in Courtroom 7, 4th Floor, San Jose.

Plaintiff shall participate at the settlement conference via telephone. Authorities at California State Prison at Sacramento are directed to contact the Courtroom Deputy, Lili Harrell at 408.535.5343, Lili_Harrell@cand.uscourts.gov, and counsel for Mr. Gooden to provide the contact information for his appearance.

IT IS SO ORDERED.

Dated: December 15, 2015

_____
NATHANAEL COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO AYALA, | Case No. 5:13-cv-00352 LHK (NC) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on December 15, 2015, I served a true and correct copy of the attached, via facsimile to the following:

Catherine San Gregorio
Litigation Coordinator
CSP Sacramento

Catherine.SanGregorio@cdcr.ca.gov

SUSAN Y. SOONG, CLERK

By: /s/ Lili M. Harrell
Lili M. Harrell, Deputy Clerk

2