United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOODEN,<br><br>        Plaintiff,<br><br>    v.<br><br>W. BAPTISTA, et al.,<br><br>        Defendants. | Case No. 13-CV-00352-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Philip Scarborough
Defendants' Attorney: Michael Quinn

A case management conference was held on December 16, 2015. A further case management conference is set for **March 16, 2016**,[1] at 2:00 p.m. The parties shall file their joint case management statement by March 9, 2016.

The parties shall complete the following fact discovery by January 15, 2016: (1) the Pelican Bay state prison site inspection; (2) the depositions of Sergeant Love, Heather Adams, Nurse Fletcher, and Nurse Matthew Polly; and (3) the Rule 30(b)(6) deposition of CDCR. All other fact discovery shall be completed by the December 23, 2015 fact discovery cutoff. No additional extensions to fact discovery shall be granted.

---

[1] The Court did not set the date for the further case management conference at the case management conference.

1

Case No. 13-CV-00352-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule, which alters the previously-set schedule for expert discovery:

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports | January 29, 2016 |
| Rebuttal Expert Reports | February 19, 2016 |
| Close of Expert Discovery | March 4, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 18, 2016 |
| Hearing on Dispositive Motions | April 28, 2016, at 1:30 p.m. |
| Final Pretrial Conference | June 16, 2016, at 1:30 p.m. |
| Jury Trial | July 8, 2016, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated:  December 16, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 13-CV-00352-LHK
CASE MANAGEMENT ORDER