**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11
12   DAVID GOODEN,                          Case No. 13-cv-00352 LHK
13                Plaintiff,
                                            ORDER DENYING DEFENDANTS'
14                                          REQUEST TO BE EXCUSED FROM
                                            ATTENDING  FURTHER SETTLEMENT
15           v.                             CONFERENCE
16   W. BAPTISTA, et al.,
17                Defendants.
18   _____/

19          TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

20          By letter date January 26, 2016,  Michael Quinn requested  Defendants Mart, Baptisa and

21   Garza to be excused from personally appearing at the  further settlement conference scheduled

22   for February 5, 2016. An opposition was filed.

23          Upon consideration of the request, the Court DENIES the request. Therefore, it is hereby

24   ORDERED that Defendants Mart, Baptista and Garza appear personally on February 5, 2016,

25   at 9:30 a.m. in Courtroom 7, 4th Floor, San Jose Courthouse.

26          The Court is open, however, to video conference participation by the individual officer

27   defendants if defendants can establish that the video link technology will be effective and the

28   officers can be available during the entirety of the conference. Defendants may renew their

1  request by January 29. Parties must submit an updated settlement conference statement no later

2  than February 3, 2016.

3  IT IS SO ORDERED.

4  Dated:  January 27, 2016

5  
   NATHANAEL M. COUSINS
   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2