

**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5726
Facsimile: (415) 703-5843
E-Mail: Michael.Quinn@doj.ca.gov

January 29, 2016

The Honorable Nathanael Cousins, Magistrate Judge
United States District Court, Northern District
280 South 1st Street
San Jose, CA 95113

**GRANTED**
Judge Nathanael M. Cousins

RE: Gooden v. Baptista, et al.
United States District Court, Northern District of California, Case No. C 13-0352 LHK (PR)

Dear Judge Cousins:

I have been informed that the videoconference equipment at Kern Valley State Prison is compatible with this Court's videoconference equipment. Therefore, Defendants respectfully request that Defendant Eric Garza be excused from personally attending the February 5 settlement conference. He will be available by videoconference during the entirety of the conference.

This Court's January 27 order stated that Defendants had until January 29 to establish that their video link technology would work with the Court's equipment. Pelican Bay State Prison will not be able to test its videoconference equipment with the Court's equipment until this coming Monday, February 1. Therefore, Defendants respectfully request that the deadline for establishing the effectiveness of Pelican Bay's video link technology be extended to February 1, 2016.

Thank you for your consideration of this request.

Sincerely,

MICHAEL J. QUINN
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General