**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**


455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5726
Facsimile: (415) 703-5843
E-Mail: Michael.Quinn@doj.ca.gov

**GRANTED**
Judge Nathanael M. Cousins

February 1, 2016

The Honorable Nathanael Cousins, Magistrate Judge
United States District Court, Northern District
280 South 1st Street
San Jose, CA 95113

RE:   Gooden v. Baptista, et al.
      United States District Court, Northern District of California, Case No. C 13-0352 LHK (PR)

Dear Judge Cousins:

    I have been informed that the videoconference equipment at Pelican Bay State Prison is compatible with this Court's videoconference equipment. Therefore, Defendants respectfully request that Defendants Charles Mart and Will Baptista be excused from personally attending the February 5 settlement conference. They will be available by videoconference during the entirety of the conference.

    Thank you for your consideration of this request.

Sincerely,

MICHAEL J. QUINN
Deputy Attorney General

For   KAMALA D. HARRIS
       Attorney General

SF2013205881
20812878.doc